UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DISABILITY RIGHTS OREGON; et al.,

Plaintiffs - Appellees,

v.

Doctor SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority; et al.,

Defendants - Appellants.

No. 25-3868

D.C. Nos.
3:02-cv-00339-AN
3:21-cv-01637-AN
6:22-cv-01460-AN
District of Oregon, Portland

ORDER

DISABILITY RIGHTS OREGON; et al.,

Plaintiffs - Appellees,

v.

Doctor SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority; et al.,

Defendants - Appellants.

No. 25-5609
D.C. Nos.
3:02-cv-00339-AN
3:21-cv-01637-AN
6:22-cv-01460-AN
District of Oregon, Portland

DISABILITY RIGHTS OREGON; et al.,

Plaintiffs - Appellees,

v.

Doctor SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority; et al.,

No. 25-5769
D.C. No.
3:02-cv-00339-AN
District of Oregon, Portland

Defendants - Appellants.

Before: FRIEDLAND and DE ALBA, Circuit Judges, and LASNIK, District Judge.*

At oral argument, the parties shall be prepared to discuss how Dr. Pinals's Eleventh Report differs from or adds to the information that was before the district court during the contempt hearings on March 12 and 13, 2025.

* The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.